1

CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

2

3

4

Attorney for Defendant
NELSON ZAVALETA-CORADO

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

v.

13

NELSON ZAVALETA-CORADO,

14

15

Defendant.

16

Case No.: 13-339 JAM

STIPULATION AND ORDER
VACATING DATE, CONTINUING
CASE, AND EXCLUDING TIME

DATE:   January 7, 2014
TIME:    9:45 a.m.
JUDGE:  Hon. John A. Mendez

17

18

19

20

21

22

23

24

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney
Nirav Desai, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for
Defendant NELSON ZAVALETA-CORADO, that the status conference scheduled for
January 7, 2014, at 9:45 a.m., be vacated and the matter continued to this Court's
criminal calendar on March 4, 2014, at 9:45 a.m. for further status conference.  The
parties are actively negotiating the matter and will require additional time to address
various issues.  Further, defense counsel will require additional time to conduct
investigation and confer with Mr. Zavaleta-Corado.

25

26

27

        IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
(Local code T-4), and that the ends of justice served in granting the continuance and

28

13cr339.o.1614.doc
01/06/14

1

1    allowing the defendants further time to prepare outweigh the best interests of the public

2    and the defendant to a speedy trial.

3

4    DATED:        January 6, 2014            /S/     Nirav Desai_____

5                                            NIRAV DESAI
                                             Attorney for Plaintiff

6

7                                            /S/     Clemente M. Jiménez_____

8                                            CLEMENTE M. JIMÉNEZ
                                             Attorney for NELSON ZAVALETA-CORADO

9

10

11                                  **ORDER**

12

13   IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

     for January 7, 2014, at 9:45 a.m., be vacated and the matter continued to March 4, 2014,
14
     at 9:45 a.m. for further status conference.   The Court finds that time under the Speedy
15
     Trial Act shall be excluded through that date in order to afford counsel reasonable time to
16
     prepare.  Based on the parties' representations, the Court finds that the ends of justice
17
     served by granting a continuance outweigh the best interests of the public and the
18
     defendants to a speedy trial.
19

20

21   This 6th day of January, 2014

22
                                             /s/ John A. Mendez_____
23                                           HON. John A. Mendez
                                             United States District Court Judge
24

25

26

27

28