CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
NELSON ZAVALETA-CORADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>NELSON ZAVALETA-CORADO,<br><br>       Defendant. | Case No.: 13-339 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 4, 2014<br>TIME:   9:45 a.m.<br>JUDGE:  Hon. John A. Mendez |

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nirav Desai, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant NELSON ZAVALETA-CORADO, that the status conference scheduled for March 4, 2014, at 9:45 a.m., be vacated and the matter continued to this Court's criminal calendar on April 1, 2014, at 9:45 a.m. for further status conference.  The parties are actively negotiating the matter and will require additional time to address various issues.  Further, defense counsel anticipates receiving a plea agreement shortly, and will need time to discuss it with Mr. Zavaleta-Corado.

     IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from

computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      February 28, 2014         /S/     Nirav Desai_____
                                      NIRAV DESAI
                                      Attorney for Plaintiff


                                      /S/     Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for NELSON ZAVALETA-CORADO


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 4, 2014, at 9:45 a.m., be vacated and the matter continued to April 1, 2014, at 9:45 a.m. for further status conference.   The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 3rd day of March, 2014

                                      /s/ John A. Mendez_____
                                      HON. John A. Mendez
                                      United States District Court Judge