BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NELSON GUILLERMO ZAVALETA-CORADO,<br>　　aka Edgardo Valencia,<br>　　aka Angel De Jesus Fuentes,<br>　　aka Arturo Fuentes,<br>　　aka Marlon Orellana,<br>　　aka Joshua Araud,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:13-CR-339 JAM<br><br>STIPULATION TO CONTINUE DATE FOR JUDGMENT AND SENTENCING AND TO SET DISCLOSURE SCHEDULE FOR PRESENTENCE REPORT; ORDER<br><br>DATE: July 29, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　On March 22, 2014, the defendant pleaded guilty to Count One of the Indictment and was adjudged guilty by the Court. The Court set the date for imposition of judgment and sentence as July 29, 2014.

2.　As of the date of this stipulation, a draft Presentence Report has not been disclosed to the parties.

3.　By this stipulation, the parties agreed to vacate the current date scheduled for the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  Judgment and Sentencing of July 29, 2014, and continue the case to October 7, 2014, for Judgment and
2  Sentencing.
3      4.    The parties further agree to the following disclosure schedule:
4          a)    the draft Presentence Report is due August 26, 2014;
5          b)    Informal Objections to the Presentence Report are due September 9, 2014;
6          c)    the Final Presentence Report is due September 16, 2014;
7          d)    Formal Objections to the Presentence Report are due September 23, 2014;
8          e)    a Reply to the Formal Objections is due September 30, 2014; and
9          f)    the Judgment and Sentencing is set for October 7, 2014.
10     IT IS SO STIPULATED.

Dated:  July 23, 2014                              BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ NIRAV K. DESAI
                                                NIRAV K. DESAI
                                                Assistant United States Attorney


Dated:  July 23, 2014                              /s/ Nirav K. Desai for Clemente
                                                Jimenez (as auth. on 7/22/14)
                                                CLEMENTE JIMENEZ, ESQ.
                                                Counsel for Defendant

**ORDER**

The parties' stipulation is HEREBY approved, and it is ordered that:

1.    The date scheduled for Judgment and Sentencing is continued from July 29, 2014, to October 7, 2014, at 9:30 a.m.

2.    The following disclosure schedule is adopted:

    a.    the draft Presentence Report is due August 26, 2014;

    b.    Informal Objections to the Presentence Report are due September 9, 2014;

    c.    the Final Presentence Report is due September 16, 2014;

        d.        Formal Objections to the Presentence Report are due September 23, 2014;

        e.        a Reply to the Formal Objections is due September 30, 2014.

IT IS SO ORDERED.

Date: 7/23/2014

                              /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE